THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH F. CHROSTOWSKI, Appellant.— Defendant appeals from a judgment of conviction rendered against him in the County Court of Schenectady County after a jury trial. The conviction was for assault in the second degree which the indictment charged. The evidence was sufficient to sustain the verdict. Judgment of con-

viction modified by reducing the sentence to six months' imprisonment in the Schenectady County jail and as so modified affirmed. All concur.